# Exhibit B

## SWORN CERTIFICATION OF NAMED PLAINTIFF
## UNDER ARIZONA SECURITIES LAWS

I, Robert Facciola, individually, on behalf of the Robert Facciola IRA #3333, and as Trustee on behalf of The Robert Maurice Facciola Trust dated December 2, 1994, seeking to serve in a representative capacity on behalf of a class of similarly situated purchasers of securities of Mortgages Ltd. and various related entities ("Mortgages"), state under oath and through this sworn certification as follows:

1.     I have reviewed the Complaint and I authorize the filing of this Complaint.

2.     I did not acquire any securities that are the subject of the Complaint at the direction of counsel or in order to participate in any private action under Chapter 12 of Title 44 of Arizona's Revised Statutes.

3.     I am willing to serve as a named plaintiff in a representative capacity on behalf of the proposed class. I understand that a named plaintiff acts on behalf of other class members in directing the litigation and that my duties may include testifying at deposition or trial.

4.     My transactions, listed in Exhibit A to this certification, involve securities that are the subject of the Complaint.

5.     I have never served, nor sought to serve, as a class representative on behalf of a class in any other action brought under Arizona or federal law.

6.     I will not accept any payment for serving as a representative party beyond my pro rata share of any recovery, except reasonable costs and expenses, such as lost wages and travel expenses, directly related to the class representation, as ordered or approved by the Court in accordance with Arizona law.

7.     I declare under penalty of perjury that the information in this declaration is true and correct.

Executed this __7__ day of May, 2010.

_____

R̶o̶b̶e̶r̶t̶ ̶F̶a̶c̶ciola, Individually,
on behalf of the Robert Facciola IRA #3333,
and as Trustee on behalf of The Robert
Maurice Facciola Trust dated December 2,
1994

STATE OF ~~ARIZONA~~ CALIFORNIA       )
                                      ) ss:
County of _SAN MATEO_                 )

    SWORN, to before and acknowledged in my presence this __7ᵗʰ__ day of _May_,
2010 by Robert Facciola, individually, on behalf of the Robert Facciola IRA #3333, and
as Trustee on behalf of The Robert Maurice Facciola Trust dated December 2, 1994.

_____
Notary Public

My Commission Expires:

__4-7-13__

BETINE LEE
Commission # 1840078
Notary Public - California
San Mateo County
My Comm. Expires Apr 7, 2013

2

**Exhibit A**

**Schedule of Transactions for:**
**Robert Facciola,**
**Trustee of The Robert Maurice Facciola Trust dated December 2, 1994**

| Loan #843006 - ABCDW, LLC | | | |
|---|---|---|---|
| **Date** | **Type** | **Units** | **Dollars** |
| 8/22/2006 | Buy | 750,000 | $750,000 |
| 12/6/2006 | Sale | (750,000) | ($750,000) |
| Loan #844006 - ABCDW, LLC | | | |
| **Date** | **Type** | **Units** | **Dollars** |
| 4/13/2007 | Buy | 500,000 | $500,000 |
| 9/28/2007 | Sale | (500,000) | ($500,000) |
| Loan #846106 - All State Associates of Pinal XVI, LLC | | | |
| **Date** | **Type** | **Units** | **Dollars** |
| 8/22/2006 | Buy | 750,000 | $750,000 |
| 12/6/2006 | Sale | (750,000) | ($750,000) |
| 4/13/2007 | Buy | 300,000 | $300,000 |
| 8/16/2007 | Sale | (300,000) | ($300,000) |
| Loan #847906 - Happy Valley 160, LLC | | | |
| **Date** | **Type** | **Units** | **Dollars** |
| 8/22/2006 | Buy | 750,000 | $750,000 |
| 12/6/2006 | Sale | (750,000) | ($750,000) |
| Loan #848406 - GP Central Avenue, LLC | | | |
| **Date** | **Type** | **Units** | **Dollars** |
| 8/22/2006 | Buy | 750,000 | $750,000 |
| 9/25/2006 | Buy | 40,082.69 | $40,082.69 |
| 9/25/2006 | Sale | (40,082.69) | ($40,082.69) |
| 12/6/2006 | Sale | (750,000) | ($750,000) |
| Loan #849006 - McKinley Lofts, LLC | | | |
| **Date** | **Type** | **Units** | **Dollars** |
| 8/22/2006 | Buy | 750,000 | $750,000 |
| 12/6/2006 | Sale | (750,000) | ($750,000) |
| 12/28/2006 | Buy | 1,250,000 | $1,250,000 |
| 4/4/2007 | Sale | (1,250,000) | ($1,250,000) |
| Loan #849106 - Metropolitan Lofts, LLC | | | |
| **Date** | **Type** | **Units** | **Dollars** |
| 8/22/2006 | Buy | 750,000 | $750,000 |

3

| 12/6/2006 | Sale | (750,000) | ($750,000) |

### Loan #849206 - Northern 120, LLC

| Date | Type | Units | Dollars |
|---|---|---|---|
| 8/22/2006 | Buy | 750,000 | $750,000 |
| 12/6/2006 | Sale | (750,000) | ($750,000) |

### Loan #849306 - Citrus 278, LLC

| Date | Type | Units | Dollars |
|---|---|---|---|
| 8/22/2006 | Buy | 750,000 | $750,000 |
| 12/6/2006 | Sale | (750,000) | ($750,000) |
| 4/13/2007 | Buy | 1,000,000 | $1,000,000 |
| 12/17/2007 | Sale | (1,000,000) | ($1,000,000) |

### Loan #849506 - 70th Street Property, LLC

| Date | Type | Units | Dollars |
|---|---|---|---|
| 12/28/2006 | Buy | 1,250,000 | $1,250,000 |
| 4/4/2007 | Sale | (1,250,000) | ($1,250,000) |

### Loan #851106 - Osborn III Partners, LLC

| Date | Type | Units | Dollars |
|---|---|---|---|
| 12/28/2006 | Buy | 1,250,000 | $1,250,000 |
| 4/4/2007 | Sale | (1,250,000) | ($1,250,000) |

### Loan #852005 - Laveen Village Center

| Date | Type | Units | Dollars |
|---|---|---|---|
| 8/22/2006 | Buy | 750,000 | $750,000 |
| 12/6/2006 | Sale | (750,000) | ($750,000) |

### Loan #853106 - Foothills Plaza IV, LLC

| Date | Type | Units | Dollars |
|---|---|---|---|
| 12/28/2006 | Buy | 1,250,000 | $1,250,000 |
| 4/4/2007 | Sale | (1,250,000) | ($1,250,000) |

### Loan #853402 - The Zacher Development Company, LLC

| Date | Type | Units | Dollars |
|---|---|---|---|
| 4/13/2007 | Buy | 1,000,000 | $1,000,000 |
| 11/6/2007 | Sale | (5,038.16) | ($5,038.16) |
| 11/26/2007 | Sale | (994,961.84) | ($994,961.84) |

### Loan #855206 - City Lofts, LLC

| Date | Type | Units | Dollars |
|---|---|---|---|
| 12/28/2006 | Buy | 1,250,000 | $1,250,000 |
| 4/4/2007 | Sale | (1,250,000) | ($1,250,000) |

### Loan #855406 - 4633 Van Buren, LLC

| Date | Type | Units | Dollars |
|---|---|---|---|
| 12/28/2006 | Buy | 1,250,000 | $1,250,000 |
| 4/4/2007 | Sale | (1,250,000) | ($1,250,000) |

### Loan #856105 - Sorenson, Chuck

| Date | Type | Units | Dollars |
|---|---|---|---|
| 4/13/2007 | Buy | 1,000,000 | $1,000,000 |
| 9/28/2007 | Sale | (1,000,000) | ($1,000,000) |
| **Loan #857605 - Tempe Land Company, LLC** | | | |
| Date | Type | Units | Dollars |
| 4/13/2007 | Buy | 1,000,000 | $1,000,000 |
| 3/2/2008 | Buy | 500,000 | $500,000 |
| 5/13/2008 | Sale | (1,500,000) | ($1,500,000) |
| **Loan #859806 - Rightpath Limited Development Group, LLC** | | | |
| Date | Type | Units | Dollars |
| 12/17/2007 | Buy | 1,000,000 | $1,000,000 |
| 3/1/2008 | Buy | 1,294,961.84 | $1,294,961.84 |
| **Loan #861105 - CGSR, LLC** | | | |
| Date | Type | Units | Dollars |
| 9/28/2007 | Buy | 1,000,000 | $1,000,000 |
| **Loan #861206 - ABCDW, LLC** | | | |
| Date | Type | Units | Dollars |
| 9/28/2007 | Buy | 500,000 | $500,000 |
| 5/13/2008 | Buy | 1,500,000 | $1,500,000 |
| **Loan #850206 - ABCDW, LLC** | | | |
| Date | Type | Units | Dollars |
| 8/22/2006 | Buy | 750,000 | $750,000 |
| 12/6/2006 | Sale | (750,000) | ($750,000) |
| 4/13/2007 | Buy | 1,000,000 | $1,000,000 |
| **Loan #852606 - Portales Place Property, LLC** | | | |
| Date | Type | Units | Dollars |
| 4/13/2007 | Buy | 1,200,000 | $1,200,000 |
| **Loan #856605 - Roosevelt Gateway, LLC** | | | |
| Date | Type | Units | Dollars |
| 11/6/2007 | Buy | 5,038.16 | $5,038.16 |

5

**Schedule of Transactions for: Robert Facciola IRA #3333**

| Loan #851106 - Osborn III Partners, LLC | | | |
|---|---|---|---|
| **Date** | **Type** | **Units** | **Dollars** |
| 11/14/2007 | Buy | 400,000 | $400,000 |
| **Loan #858406 - Rightpath Limited Development Group, LLC** | | | |
| **Date** | **Type** | **Units** | **Dollars** |
| 11/20/2007 | Buy | 940,000 | $940,000 |
| **Loan #859806 -Rightpath Limited Development Group, LLC** | | | |
| **Date** | **Type** | **Units** | **Dollars** |
| 11/15/2007 | Buy | 1,000,000 | $1,000,000 |

15206-1 429762.doc

6