# Exhibit D

# SWORN CERTIFICATION OF NAMED PLAINTIFF
# UNDER ARIZONA SECURITIES LAWS

I, Fred Hagel, Trustee on behalf of The Fred C. Hagel and Jacqueline M. Hagel Revocable Living Trust dated March 15, 1995, seeking to serve in a representative capacity on behalf of a class of similarly situated purchasers of securities of Mortgages Ltd. and various related entities ("Mortgages") state under oath and through this sworn certification as follows:

1. I have reviewed the Complaint and I authorize the filing of this Complaint.

2. I did not acquire any securities that are the subject of the Complaint at the direction counsel or in order to participate in any private action under Chapter 12 of Title 44 of Arizona's Revised Statutes.

3. I am willing to serve as a named plaintiff in a representative capacity on behalf of the proposed class. I understand that a named plaintiff acts on behalf of other class members in directing the litigation and that my duties may include testifying at deposition or trial.

4. My transactions, listed in Exhibit A to this certification, involve securities that are the subject of the Complaint.

5. I have never served, nor sought to serve, as a class representative on behalf of a class in any other action brought under Arizona or federal law.

6. I will not accept any payment for serving as a representative party beyond my pro rata share of any recovery, except reasonable costs and expenses, such as lost wages and travel expenses, directly related to the class representation, as ordered or approved by the Court in accordance to Arizona law.

7. I declare under penalty of perjury that the information in this declaration is true and correct.

Executed this 6th day of May, 2010.

*Fred C. Hagel*
Fred Hagel, As Trustee on behalf of The
Fred C. Hagel and Jacqueline M. Hagel
Revocable Living Trust dated March 15,
1995

STATE OF ARIZONA   )
                   ) ss:
County of Maricopa )

SWORN, to before and acknowledged in my presence this 6th day of May, 2010 by Fred Hagel, Trustee on behalf of The Fred C. Hagel and Jacqueline M. Hagel Revocable Living Trust dated March 15, 1995.

*Sandra Briston McIntyre*
Notary Public

My Commission Expires:

OFFICIAL SEAL
SANDRA BRISTON McINTYRE
NOTARY PUBLIC - State of Arizona
MARICOPA COUNTY
My Comm. Expires Oct. 16, 2013

2

# Exhibit A

## Schedule of Transactions for:
## Fred Hagel,
## Trustee on behalf of The Fred C. Hagel and Jacqueline M. Hagel Revocable Living Trust dated March 15, 1995

| Loan # B8302 – ABCDW LLC | | | |
|---|---|---|---|
| Date | Type | Percentage | Dollars |
| U[1] | Buy | 8.13% | $150,000.00 |
| 2/16/06 | Sale | | $150,000.00 |

| Loan # B8339 – City Lofts, LLC | | | |
|---|---|---|---|
| Date | Type | Percentage | Dollars |
| U | Buy | 9.3% | $100,000.00 |
| 12/12/06 | Sale | | $100,000.00 |

| Loan # B8371 – Metropolitan Lofts LLC | | | |
|---|---|---|---|
| Date | Type | Percentage | Dollars |
| U | Buy | U | $197,870.71 |
| 4/26/06 | Sale | | $130,171.62 |
| 9/20/06 | Sale | | $67,669.09 |

| Loan # B81681 – M & G Real Estate | | | |
|---|---|---|---|
| Date | Type | Percentage | Dollars |
| U | Buy | 20.83% | $117,529.21[2] |
| 4/26/06 | Sale | | $117,134.79 |
| 4/30/06 | Sale | | $196.19 |
| 5/31/06 | Sale | | $198.23 |

| Loan # B83122 – Citrus 278 LLC | | | |
|---|---|---|---|
| Date | Type | Percentage | Dollars |
| U | Buy | 3.02% | $25,000.00 |
| 6/13/06 | Sale | | $25,000.00 |

| Loan # B2172007 – Mortgages Ltd. | | | |
|---|---|---|---|
| Date | Type | Percentage | Dollars |
| 2/17/06 | Buy | 6.41% | $150,000.00 |
| 2/17/07 | Sale | | $150,000.00 |

| Loan # B4262007 – Mortgages Ltd. | | | |
|---|---|---|---|
| Date | Type | Percentage | Dollars |
| 4/26/06 | Buy | 4.32% | $130,171.62 |
| 4/26/07 | Sale | | $130,171.62 |

---

[1] "U" indicates that records that reflect this purchase(s) are unavailable. Nonetheless, these held securities are reflected on subsequent account-related records.
[2] Estimated.

| Loan # B6212007 – Mortgages Ltd. | | | |
|---|---|---|---|
| Date | Type | Percentage | Dollars |
| 6/21/06 | Buy | 2.10% | $142,134.79 |
| 6/21/07 | Sale | | $142,134.79 |
| Loan # B91506B – Mortgages Ltd. | | | |
| Date | Type | Percentage | Dollars |
| U | Buy | 45.25% | $513,269.42 |
| 9/15/06 | Sale | | $513,269.42 |
| Loan # B91507 – Mortgages Ltd. | | | |
| Date | Type | Percentage | Dollars |
| 9/15/06 | Buy | 8.54% | $513,269.42 |
| 9/15/07 | Sale | | $513,269.42 |
| Loan # B8449 – RCS Chandler, LLC | | | |
| Date | Type | Percentage | Dollars |
| 9/29/06 | Buy | 2.09% | $80,000.00 |
| 11/29/06 | Sale | | $80,000.00 |
| Loan # B82012 – RCS Chandler, LLC | | | |
| Date | Type | Percentage | Dollars |
| 9/20/06 | Buy | 1.21% | $67,699.09 |
| 11/20/06 | Sale | | $67,699.09 |
| Loan # B82851 – City Lofts LLC | | | |
| Date | Type | Percentage | Dollars |
| U | Buy | 2.51% | $25,000.00 |
| 12/12/06 | Sale | | $25,000.00 |
| Loan # B100506B – Mortgages Ltd. | | | |
| Date | Type | Percentage | Dollars |
| U | Buy | 32.68% | $425,141.40 |
| 10/5/06 | Sale | | $425,141.40 |
| Loan # B100507 – Mortgages Ltd. | | | |
| Date | Type | Percentage | Dollars |
| 10/5/06 | Buy | 7.25% | $425,141.40 |
| 10/5/07 | Sale | | $425,141.40 |
| Loan # B102006 – Mortgages Ltd. | | | |
| Date | Type | Percentage | Dollars |
| U | Buy | 3.89% | $100,000.00 |
| 10/20/06 | Sale | | $100,000.00 |
| Loan # B102007 – Mortgages Ltd. | | | |
| Date | Type | Percentage | Dollars |
| 10/20/06 | Buy | 3.89% | $100,000.00 |
| 10/20/07 | Sale | | $100,000.00 |

| Loan # B110306 – Mortgages Ltd. | | | |
|---|---|---|---|
| Date | Type | Percentage | Dollars |
| U | Buy | 7.7% | $190,516.40 |
| 11/4/06 | Sale | | $190,516.40 |
| Loan # B110407 – Mortgages Ltd. | | | |
| Date | Type | Percentage | Dollars |
| 11/6/06 | Buy | 7.7% | $190,516.40 |
| 11/4/07 | Sale | | $190,516.40 |
| Loan # B112906 – Mortgages Ltd. | | | |
| Date | Type | Percentage | Dollars |
| U | Buy | 1.78% | $43,853.40 |
| U | Buy | 1.90% | $46,875.00 |
| 11/29/06 | Sale | | $90,728.40 |
| Loan # B112907 – Mortgages Ltd. | | | |
| Date | Type | Percentage | Dollars |
| 11/29/06 | Buy | 3.68% | $90,728.40 |
| 11/29/07 | Sale | | $90,728.40 |
| Loan # B120407 – Mortgages Ltd. | | | |
| Date | Type | Percentage | Dollars |
| 12/5/06 | Buy | 1.43% | $152,582.41 |
| 12/4/07 | Sale | | $152,582.41 |
| Loan # B120706 – Mortgages Ltd. | | | |
| Date | Type | Percentage | Dollars |
| U | Buy | 2.22% | $89,600.15 |
| U | Buy | 2.38% | $95,773.81 |
| U | Buy | 0.72% | $29,186.47 |
| 12/7/06 | Sale | | $214,560.43 |
| Loan # B120707 – Mortgages Ltd. | | | |
| Date | Type | Percentage | Dollars |
| 12/8/06 | Buy | 5.32% | $214,560.43 |
| 12/7/07 | Sale | | $214,560.43 |
| Loan # B122607 – Mortgages Ltd. | | | |
| Date | Type | Percentage | Dollars |
| U | Buy | U | $125,000.00 |
| 12/26/07 | Sale | | $125,000.00 |
| Loan # B080217 – Mortgages Ltd. | | | |
| Date | Type | Percentage | Dollars |
| 2/20/07 | Buy | 6.41% | $150,000.00 |
| 2/17/08 | Sale | | $150,000.00 |

3

| Loan # B080426 – Mortgages Ltd. | | | |
|---|---|---|---|
| Date | Type | Percentage | Dollars |
| 4/26/07 | Buy | 4.32% | $130,171.62 |
| 4/26/08 | Sale | | $130,171.62 |
| Loan # B080621 – Mortgages Ltd. | | | |
| Date | Type | Percentage | Dollars |
| 6/22/07 | Buy | 2.09% | $142,134.79 |
| Loan # B081005 – Mortgages Ltd. | | | |
| Date | Type | Percentage | Dollars |
| 10/5/07 | Buy | 7.25% | $425,141.40 |
| Loan # B080915 – Mortgages Ltd. | | | |
| Date | Type | Percentage | Dollars |
| 9/17/07 | Buy | 8.54% | $513,269.42 |
| Loan # B081020 – Mortgages Ltd. | | | |
| Date | Type | Percentage | Dollars |
| 10/22/07 | Buy | 3.89% | $100,000.00 |
| Loan # B081104 – Mortgages Ltd. | | | |
| Date | Type | Percentage | Dollars |
| 11/5/07 | Buy | 7.7% | $190,516.40 |
| Loan # B081129 – Mortgages Ltd. | | | |
| Date | Type | Percentage | Dollars |
| 11/29/07 | Buy | 3.68% | $90,728.40 |
| Loan # B081204 – Mortgages Ltd. | | | |
| Date | Type | Percentage | Dollars |
| 12/4/07 | Buy | 1.43% | $152,582.41 |
| Loan # B081207 – Mortgages Ltd. | | | |
| Date | Type | Percentage | Dollars |
| 12/7/07 | Buy | 5.32% | $214,560.43 |
| Loan # B081226 – Mortgages Ltd. | | | |
| Date | Type | Percentage | Dollars |
| 12/26/07 | Buy | 2.5% | $125,000.00 |
| Loan # B091029T – Mortgages Ltd. | | | |
| Date | Type | Percentage | Dollars |
| 5/5/08 | Buy | 26.6% | $100,000.00 |
| Loan # B8108 – Stone Canyon LLC | | | |
| Date | Type | Percentage | Dollars |
| U | Buy | U | $24,302.64[3] |
| U | Buy | U | $120,963.48[4] |

---

[3] Estimated.
[4] Estimated.

| Loan # B81082 – Stone Canyon LLC | | | |
|---|---|---|---|
| Date | Type | Percentage | Dollars |
| U | Buy | U | $5,437.22[5] |
| U | Buy | U | $19,897.97[6] |
| U | Buy | U | $24,063.78[7] |
| **Loan # B8190 – Resort Mansions One** | | | |
| Date | Type | Percentage | Dollars |
| U | Buy | U | $100,000.00[8] |
| **Loan # B8223 – G P Central Ave. LLC** | | | |
| Date | Type | Percentage | Dollars |
| U | Buy | U | $100,000.00[9] |
| **Loan # B8395 – MK Custom Residen** | | | |
| Date | Type | Percentage | Dollars |
| U | Buy | U | $117,901.06[10] |
| U | Buy | U | $95,368.36[11] |
| **Loan # B8046 – Vistoso Partners L** | | | |
| Date | Type | Percentage | Dollars |
| U | Buy | U | $96,142.79[12] |
| **Loan # B8094 – Peoria 145, L. L. C.** | | | |
| Date | Type | Percentage | Dollars |
| U | Buy | U | $100,000.00[13] |
| **Loan # B8103 – Torrey Pines Develo** | | | |
| Date | Type | Percentage | Dollars |
| U | Buy | U | $193,251.31[14] |
| **Loan # B81081 – Stone Canyon L L C** | | | |
| Date | Type | Percentage | Dollars |
| U | Buy | U | $145,156.16[15] |
| **Loan # B812902 – Vistoso Partners** | | | |
| Date | Type | Percentage | Dollars |
| U | Buy | U | $19,849.66[16] |

---

[5] Estimated.
[6] Estimated.
[7] Estimated.
[8] Estimated.
[9] Estimated.
[10] Estimated.
[11] Estimated.
[12] Estimated.
[13] Estimated.
[14] Estimated.
[15] Estimated.
[16] Estimated.

| Loan # B812903 – Vistoso Partners ||||
|---|---|---|---|
| Date | Type | Percentage | Dollars |
| U | Buy | U | $39,698.81[17] |

| Loan # B8190 – Resort Mansions L L ||||
|---|---|---|---|
| Date | Type | Percentage | Dollars |
| U | Buy | U | $97,870.71[18] |

| Loan # B8269 – Magma Ranch II LLC ||||
|---|---|---|---|
| Date | Type | Percentage | Dollars |
| U | Buy | U | $45,000.00[19] |
| U | Buy | U | $55,000.00[20] |

| Loan # B82791 – James T. Hurst ||||
|---|---|---|---|
| Date | Type | Percentage | Dollars |
| U | Buy | U | $58,371.22[21] |

| Loan # B8291 – G P Central ||||
|---|---|---|---|
| Date | Type | Percentage | Dollars |
| U | Buy | U | $29,186.47[22] |

| Loan # B8321 – Wildcat Hill-Scotts ||||
|---|---|---|---|
| Date | Type | Percentage | Dollars |
| U | Buy | U | $100,000.00[23] |

| Loan # B8368 – S M Coles L L C ||||
|---|---|---|---|
| Date | Type | Percentage | Dollars |
| U | Buy | U | $117,901.06[24] |

| Loan # RO8409 – Sunbecks Investment ||||
|---|---|---|---|
| Date | Type | Percentage | Dollars |
| U | Buy | U | $29,186.47[25] |

---

[17] Estimated.
[18] Estimated.
[19] Estimated.
[20] Estimated.
[21] Estimated.
[22] Estimated.
[23] Estimated.
[24] Estimated.
[25] Estimated.