# Exhibit E

# SWORN CERTIFICATION OF NAMED PLAINTIFF UNDER ARIZONA SECURITIES LAWS

I, Judith A. Baker, individually, on behalf of Judith A. Baker and William G. Baker, JTWROS, Baker Family Alternate Account, Judith A. Baker IRA No. L1532 and Judith A. Baker IRA No. 4102137975, seeking to serve in a representative capacity on behalf of a class of similarly situated purchasers of securities of Mortgages Ltd. and various related entities ("Mortgages"), state under oath and through this sworn certification as follows:

1. I have reviewed the Complaint and I authorize the filing of this Complaint.

2. I did not acquire any securities that are the subject of the Complaint at the direction of counsel in order to participate in any private action under Chapter 12 of Title 44 of Arizona's Revised Statutes.

3. I am willing to serve as a named plaintiff in a representative capacity on behalf of the proposed class. I understand that a named plaintiff acts on behalf of other class members in directing the litigation and that my duties may include testifying at deposition or trial.

4. My transactions, listed in Exhibit A to this certification, involve securities that are the subject of the Complaint.

5. I have never served, nor sought to serve, as a class representative on behalf of a class in any other action brought under Arizona or federal law.

6. I will not accept any payment for serving as a representative party beyond my pro rata share of any recovery, except reasonable costs and expenses, such as lost wages and travel expenses, directly related to the class representation, as ordered or approved by the Court in accordance to Arizona law.

7. I declare under penalty of perjury that the information in this declaration is true and correct.

Executed this 7th day of May, 2010.

                                                            /s/ Judith A. Baker
Judith A. Baker, individually, on behalf of
Judith A. Baker and William G. Baker,
JTWROS, Baker Family Alternate Account,
Judith A. Baker IRA No. L1532 and Judith
A. Baker IRA No. 4102137975

| | |
|---|---|
| STATE OF ARIZONA | ) |
| | ) ss: |
| County of Maricopa | ) |

SWORN, to before and acknowledged in my presence this 7th day of May, 2010 by Judith A. Baker, individually, on behalf of Judith A. Baker and William G. Baker, JTWROS, Baker Family Alternate Account, Judith A. Baker IRA No. L1532 and Judith A. Baker IRA No. 4102137975.

                                                            /s/ Sandra Briston McIntyre
Notary Public

My Commission Expires:

OFFICIAL SEAL
SANDRA BRISTON McINTYRE
NOTARY PUBLIC - State of Arizona
MARICOPA COUNTY
My Comm. Expires Oct. 16, 2013

2

# Exhibit A

## Schedule of Transactions for:
## Judith A. Baker and William G. Baker JTWROS
## No. L1331

| Loan # B8404 – Paul J. Dvorscak ||||
|---|---|---|---|
| Date | Type | Percentage | Dollars |
| 6/28/05 | Buy | 53.91% | $200,000.00 |
| 1/24/06 | Sale | | ($200,000.00) |

| Loan # B080719 – Mortgages Ltd. ||||
|---|---|---|---|
| Date | Type | Percentage | Dollars |
| 7/19/07 | Buy | 4.78% | $246,196.62 |

| Loan # B080915 – Mortgages Ltd. ||||
|---|---|---|---|
| Date | Type | Percentage | Dollars |
| 9/15/07 | Buy | .25% | $15,000.00 |

| Loan # B081005 – Mortgages Ltd. ||||
|---|---|---|---|
| Date | Type | Percentage | Dollars |
| 10/5/07 | Buy | .72% | $41,971.52 |

| Loan # B081020 – Mortgages Ltd. ||||
|---|---|---|---|
| Date | Type | Percentage | Dollars |
| 10/20/07 | Buy | 3.89% | $100,000.00 |

| Loan # B090127 – Mortgages Ltd. ||||
|---|---|---|---|
| Date | Type | Percentage | Dollars |
| 1/27/08 | Buy | 15.38% | $200,000.00 |

| Loan # B91506E – Mortgages Ltd. ||||
|---|---|---|---|
| Date | Type | Percentage | Dollars |
| 9/15/05 | Buy | .64% | $15,000.00 |
| 9/15/06 | Sale | | ($15,000.00) |

| Loan # B91507 – Mortgages Ltd. ||||
|---|---|---|---|
| Date | Type | Percentage | Dollars |
| 9/15/06 | Buy | .25% | $15,000.00 |
| 9/15/07 | Sale | | ($15,000.00) |

| Loan # B012708 – Mortgages Ltd. ||||
|---|---|---|---|
| Date | Type | Percentage | Dollars |
| 1/27/07 | Buy | 15.38% | $200,000.00 |
| 1/28/07 | Sale | | ($200,000.00) |

| Loan # B100506E – Mortgages Ltd. | | | |
|---|---|---|---|
| Date | Type | Percentage | Dollars |
| 10/5/05 | Buy | 1.82% | $41,971.52 |
| 10/5/06 | Sale | | ($41,971.52) |
| Loan # B100507 – Mortgages Ltd. | | | |
| Date | Type | Percentage | Dollars |
| 10/5/06 | Buy | .72% | $41,971.52 |
| 10/5/07 | Sale | | ($41,971.52) |
| Loan # B102006 – Mortgages Ltd. | | | |
| Date | Type | Percentage | Dollars |
| 10/20/05 | Buy | 3.89% | $100,000.00 |
| 10/20/06 | Sale | | ($100,000.00) |
| Loan # B102007 – Mortgages Ltd. | | | |
| Date | Type | Percentage | Dollars |
| 10/20/06 | Buy | 3.89% | $100,000.00 |
| 10/20/07 | Sale | | ($100,000.00) |
| Loan # B1272007 – Mortgages Ltd. | | | |
| Date | Type | Percentage | Dollars |
| 1/27/06 | Buy | 15.38% | $200,000.00 |
| 1/27/07 | Sale | | ($200,000.00) |
| Loan # B7192007 – Mortgages Ltd. | | | |
| Date | Type | Percentage | Dollars |
| 7/19/06 | Buy | 4.78% | $246,196.62 |
| 7/19/07 | Sale | | ($246,196.62) |
| Loan # B82892 – Peoria 180 LLC | | | |
| Date | Type | Percentage | Dollars |
| 5/13/05 | Buy | 29.80% | $300,000.00 |
| During 2005[1] | Sale | | ($53,803.39) |
| 7/3/06 | Sale | | ($246,196.62) |

---

[1] Monthly principal payments were made during 2005

4

### Schedule of Transactions for: Baker Family Alternate Account No. L1905

| Loan #B080924 – Mortgages Ltd. | | | |
|---|---|---|---|
| Date | Type | Percentage | Dollars |
| 9/24/07 | Buy | 12.07% | $350,000.00 |

### Schedule of Transactions for: First Trust Company of Onaga, Trustee, FBO Judith A. Baker IRA, No. 4102137975

| Loan #750263LLC – Radical Bunny LLC | | | |
|---|---|---|---|
| Date | Type | Units | Dollars |
| 6/20/06 | Buy | 12,442.7500 | $12,442.75 |
| 8/28/06 | Buy | 41,263.8400 | $41,263.84 |
| 12/15/06 | Buy | 1,307.2800 | $1,307.28 |
| 6/15/07 | Buy | 2,962.5700 | $2,962.57 |
| 12/17/07 | Buy | 3,101.9200 | $3,101.92 |

## Schedule of Transactions for: First Trust Company of Onaga, Custodian FBO Judith A. Baker IRA No. L1532

| Loan #B080621 – Mortgages Ltd. | | | |
|---|---|---|---|
| Date | Type | Percentage | Dollars |
| 6/21/07 | Buy | .040% | $2,962.57 |

| Loan #B080628 – Mortgages Ltd. | | | |
|---|---|---|---|
| Date | Type | Percentage | Dollars |
| 6/28/07 | Buy | .68% | $12,442.75 |

| Loan #B080906 – Mortgages Ltd. | | | |
|---|---|---|---|
| Date | Type | Percentage | Dollars |
| 9/6/07 | Buy | 2.660% | $41,263.84 |

| Loan #B081221 – Mortgages Ltd. | | | |
|---|---|---|---|
| Date | Type | Percentage | Dollars |
| 12/21/07 | Buy | .69% | $3,101.92 |

| Loan #B081227 – Mortgages Ltd. | | | |
|---|---|---|---|
| Date | Type | Percentage | Dollars |
| 12/27/07 | Buy | .050% | $1,307.28 |

| Loan #B9062007 – Mortgages Ltd. | | | |
|---|---|---|---|
| Date | Type | Percentage | Dollars |
| 9/6/06 | Buy | 2.660% | $41,263.84 |
| 9/6/07 | Sale | | ($41,263.84) |

| Loan #B122707 – Mortgages Ltd. | | | |
|---|---|---|---|
| Date | Type | Percentage | Dollars |
| 12/27/06 | Buy | .050% | $1,307.28 |
| 12/27/07 | Sale | | ($1,307.28) |

| Loan #B6282007 – Mortgages Ltd. | | | |
|---|---|---|---|
| Date | Type | Percentage | Dollars |
| 6/28/06 | Buy | .68% | $12,442.75 |
| 6/28/07 | Sale | | ($12,442.75) |

**Schedule of Transactions for: William G. Baker Household Account No. L1444**

| Loan #B1132007 – Mortgages Ltd. | | | |
|---|---|---|---|
| Date | Type | Percentage | Dollars |
| 1/13/06 | Buy | .64% | $15,000.00 |
| 01/13/07 | Sell | | ($15,000.00) |
| Loan #B011308 – Mortgages Ltd. | | | |
| Date | Type | Percentage | Dollars |
| 1/13/07 | Buy | .64% | $15,000.00 |
| 1/13/08 | Sell | | ($15,000.00) |
| Loan #B080716 – Mortgages Ltd. | | | |
| Date | Type | Percentage | Dollars |
| 7/16/07 | Buy | .14% | $5,000.00 |
| Loan #B090113 – Mortgages Ltd. | | | |
| Date | Type | Percentage | Dollars |
| 01/14/08 | Buy | .64% | $15,000.00 |