Writ issued 8/6/10

Richard G. Himelrick, #004738
J. James Christian, #023614
**Tiffany & Bosco, P.A.**
Third Floor Camelback Esplanade II
2525 East Camelback Road
Phoenix, Arizona 85016-4237
Telephone: (602) 255-6000
Facsimile:   (602) 255-0103
rgh@tblaw.com; jjc@tblaw.com

Attorneys for Plaintiffs/Judgment Creditors Robert Facciola;
The Robert Maurice Facciola Trust Dated December 2, 1994;
Honeylou C. Reznik; The Morris Reznik and Honeylou C.
Reznik Trust; Jewel Box Loan Company, Inc.; Jewel Box,
Inc.; and H-M Investments, LLC

Andrew S. Friedman, #005425
**Bonnett, Fairbourn, Friedman & Balint, P.C.**
2901 N. Central Avenue. Suite 1000
Phoenix, Arizona 85012
Telephone: (602) 274-1100
Facsimile: (602) 274-1199
afriedman@bffb.com

Attorneys for Plaintiffs/Judgment Creditors Fred C. Hagel and
Jacqueline M. Hagel Revocable Living Trust Dated March 15,
1995; and Judith A. Baker

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| ROBERT FACCIOLA; THE ROBERT MAURICE FACCIOLA TRUST DATED DECEMBER 2, 1994; HONEYLOU C. REZNIK; THE MORRIS REZNIK AND HONEYLOU C. REZNIK TRUST; JEWEL BOX LOAN COMPANY, INC.; JEWEL BOX, INC.; H-M INVESTMENTS, LLC; FRED C. HAGEL AND JACQUELINE M. HAGEL REVOCABLE LIVING TRUST DATED MARCH 15, 1995; JUDITH A. BAKER; individually and on behalf of all others similarly situated,<br><br>  Plaintiffs/Judgment Creditors,<br>vs.<br><br>GREENBERG TRAURIG, LLP, a New York limited liability partnership; QUARLES & BRADY, LLP, a Wisconsin limited liability | Case No. 2:10-cv-01025-NVW<br><br>WRIT OF GARNISHMENT (NON-EARNINGS) (A.R.S. §§ 12-1571 through -1574) |

1

partnership; CBIZ, INC., a Delaware corporation; CBIZ MHM, LLC, a Delaware limited liability company; MAYER HOFFMAN MCCANN, P.C., a Missouri professional corporation; MICHAEL M. DENNING and DONNA J. DENNING, husband and wife; TODD S. BROWN and CYNTHIA D. BROWN, husband and wife; CHRISTOPHER J. OLSON and RACHEL L. SCHWARTZ-OLSON, husband and wife; JEFFREY A. NEWMAN and KATHLEEN N. NEWMAN, husband and wife; TOM HIRSCH (AKA TOMAS N. HIRSCH) and DIANE ROSE HIRSCH, husband and wife; HOWARD EVAN WALDER and BERTA FRIEDMAN WALDER (AKA BUNNY WALDER), husband and wife; HARISH PANNALAL SHAH and MADHAVI H. SHAH, husband and wife,

              Defendants,

and

WESTCHESTER FIRE INSURANCE COMPANY

              Garnishee.

TO THE SHERIFF, CONSTABLE OR OTHER AUTHORIZED PROCESS SERVER IN MARICOPA COUNTY: You are commanded to summon garnishee named above, through the Arizona Department of Insurance, to answer the following claims:

## STATEMENT OF JUDGMENT CREDITORS

    1.    Judgment Creditors Robert Facciola, The Robert Maurice Facciola Trust Dated December 2, 1994, Honeylou C. Reznik, The Morris Reznik and Honeylou C. Reznik Trust, Jewel Box Loan Company, Inc., Jewel Box, Inc., H-M Investments, LLC, Fred C. Hagel and Jacqueline M. Hagel Revocable Living Trust Dated March 15, 1995, and Judith A. Baker (the "Judgment Creditors") were awarded a money judgment on

August 6, 2010 ("Judgment") against Judgment Debtor Christopher J. Olson ("Judgment Debtor").

2. The amount of the outstanding balance on the Judgment, including accrued interest and allowable costs, is $5,000,000.00, plus interest accruing at the rate of 10% from August 6, 2010. The cost of serving the Writ of Garnishment will be shown on the Affidavit of Service and may be added to the Judgment along with allowable costs.

3. Judgment Creditors believe that Garnishee holds nonexempt property or money other than wages owed or belonging to Judgment Debtor.

4. The name and address of the Garnishee is:

>Westchester Fire Insurance Company
>P.O. Box 1000
>436 Walnut St.
>Philadelphia, PA 19106
>c/o Arizona Department of Insurance
>2910 N. 44th St., Suite 210
>Phoenix, AZ 85018-7269

5. The name and last known mailing address of the Judgment Debtor is:

>Christopher J. Olson
>5414 E. Lonesome Trail
>Cave Creek, Arizona 85331

6. The name of the Judgment Creditor and name and address of the Judgment Creditor's attorney are:

>Robert Facciola; The Robert Maurice Facciola Trust Dated December 2, 1994; Honeylou C. Reznik; The Morris Reznik and Honeylou C. Reznik Trust; Jewel Box Loan Company, Inc.; Jewel Box, Inc.; and H-M Investments, LLC
>Attn: Richard G. Himelrick, Esq.
>Tiffany & Bosco, P.A.
>Third Floor Camelback Esplanade II
>2525 East Camelback Road
>Phoenix, Arizona 85016

         Fred C. Hagel and Jacqueline M. Hagel Revocable Living
Trust Dated March 15, 1995; Judith A. Baker
Attn: Andrew S. Friedman, Esq.
Bonnett, Fairbourn, Friedman & Balint, P.C.
2901 North Central Avenue, Suite 1000
Phoenix, Arizona 85012

## TO THE GARNISHEE (A.R.S. § 12-1579)

  YOU SHALL answer all the following questions in writing, under oath, on a separate document. Your answer shall be filed with the Court within 10 business days after you are served with this Writ of Garnishment.

  A. Were you holding personal property or money other than wages belonging to the Judgment Debtor at the time this Writ was served on you?

  B. How much money do you owe the Judgment Debtor and how much of that money did you withhold pursuant to the Writ? Did you release any of that money after you were served with the Writ, and, if so, how much did you release and why?

  C. Did you possess any personal property belonging to the Judgment Debtor at the time the Writ was served on you? If so, please describe each item or group of items you held and describe the specific items of personal property you withheld pursuant to the Writ, if any.

  D. If the garnishee is a corporation, what shares or interest does the Judgment Debtor own?

\\\
\\\
\\\
\\\
\\\
\\\

---

**SUMMONS**

A WRIT OF GARNISHMENT has been issued, naming you as garnishee. You are required to answer this Writ in writing, under oath, and file the answer with the Court within 10 days (excluding weekends and holidays) after service on you. **WARNING: If you fail to file an answer, you may be ordered to appear in person to answer this Writ, and a default judgment may be entered against you. If a default judgment is entered against you, you may be ordered to pay the full amount shown on this Writ, plus attorney fees and costs.**

---

**THIS SUMMONS IS NOT A REQUEST TO SEND ANY MONEY OR PERSONAL PROPERTY TO THE COURT**


_____         _____
Date                                                                  Judicial Officer/Clerk of Court

---

**NOTICE TO GARNISHEE**

You should have been served with a blank Garnishee's Answer form. You may complete and file this form to make your required answer.

---