Andrew S. Friedman (005425)
**Bonnett, Fairbourn, Friedman & Balint, P.C.**
2901 N. Central Avenue. Suite 1000
Phoenix, Arizona 85012
Telephone: (602) 274-1100
Facsimile: (602) 274-1199
afriedman@bffb.com
*Attorneys for Plaintiffs Fred C. Hagel and Jacqueline M. Hagel Revocable Living Trust Dated March 15, 1995; Judith A. Baker*

Richard G. Himelrick (004738)
J. James Christian (023614)
**Tiffany & Bosco, P.A.**
Third Floor Camelback Esplanade II
2525 East Camelback Road
Phoenix, Arizona 85016-4237
Telephone: (602) 255-6000
Facsimile:   (602) 255-0103
rgh@tblaw.com; jjc@tblaw.com
*Attorneys for Plaintiffs Robert Facciola; The Robert Maurice Facciola Trust Dated December 2, 1994; Honeylou C. Reznik; The Morris Reznik and Honeylou C. Reznik Trust; Jewel Box Loan Company, Inc.; Jewel Box, Inc.; H-M Investments, LLC*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| ROBERT FACCIOLA, et al., | Case No. 2:10-cv-01025-FJM |
| Plaintiffs, | **NOTICE OF PROPOSED PLAN OF ALLOCATION** |
| vs. | |
| GREENBERG TRAURIG, LLP, a New York limited liability partnership, et al., | |
| Defendants. | |

Lead Plaintiffs have adopted the proposed Plan of Allocation attached as Exhibit A in connection with the Stipulation of Settlement entered June 20, 2012 with Defendant Greenberg Traurig, LLP.

DATED: June 20, 2012.

BONNETT, FAIRBOURN, FRIEDMAN & BALINT, P.C.

 /s/ *Andrew S. Friedman*
Andrew S. Friedman
2901 N. Central Avenue, Suite 1000
Phoenix, AZ  85012
*Attorneys for Plaintiffs Fred C. Hagel and Jacqueline M. Hagel Revocable Living Trust Dated March 15, 1995; Judith A. Baker*

Richard G. Himelrick
J. James Christian
TIFFANY & BOSCO, P.A.
Third Floor Camelback Esplanade II
2525 E. Camelback Road
Phoenix, AZ  85016-4237
*Attorneys for Plaintiffs Robert Facciola; The Robert Maurice Facciola Trust Dated December 2, 1994; Honeylou C. Reznik; The Morris Reznik and Honeylou C. Reznik Trust; Jewel Box Loan Company, Inc.; Jewel Box, Inc.; H-M Investments, LLC*

**Certificate of Service**

I hereby certify that on June 20, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the email addresses denoted on the Electronic Mail notice list, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the Manual Notice list.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

/s/ Nancy Varner
Legal Secretary