IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Robert Facciola, et al.,<br><br>     Plaintiffs,<br><br>     vs.<br><br>Greenberg Traurig, LLP, a New York limited liability partnership, et al.,<br><br>     Defendants. | No. CV-10-1025-PHX-FJM<br><br>**ORDER APPROVING PLAN OF ALLOCATION AS TO DEFENDANT GREENBERG TRAURIG, LLP** |

    On the 14th day of September, 2012, a Final Approval Hearing was held before this Court to determine, among other things whether to approve the proposed Plan of Allocation for distribution of the Net Settlement Fund pursuant to the Stipulation of Settlement Between Lead Plaintiffs and Defendant Greenberg Traurig, LLP (the "Settlement") [Doc. 415] as a fair and reasonable method to allocate the settlement proceeds among the Settlement Classes Members;

    On the 3rd day of October, 2012, the Court issued an Order granting in part awards for attorney fees and costs in this case. Based upon the fees and costs awarded, settlement amounts to the class had to be revised;

    The District Court has considered all submissions filed before the hearing and the arguments of counsel at the hearing; and

1

All capitalized terms used herein have the same meanings as set forth and defined in the Settlement.

**NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:**

The District Court hereby approves the proposed Plan of Allocation with respect to the distribution of the Net Settlement Fund to members of the Settlement Classes, pursuant to which $35,875,425 (70% of the Net Settlement Fund) will be distributed to members of the ML Settlement Class and $15,239,489 (30% of the Net Settlement Fund) will be distributed to the members of the RB Settlement Class.

Dated this 5th day of October, 2012.

*Frederick J. Martone*
Frederick J. Martone
United States District Judge